No. 72–520. TILLMAN v. NEW JERSEY. Super. Ct. N. J. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–478. PERINI, CORRECTIONAL SUPERINTENDENT v. JOHNS. C. A. 6th Cir. Motions to dispense with printing petition and respondent's brief granted. Certiorari denied.

No. 72–489. DAUER ET AL. v. CONLEY ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–571. ZELKER, CORRECTIONAL SUPERINTENDENT v. LOPEZ. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–507. GOUDIE v. SEARS, ROEBUCK & CO. ET AL. Ct. App. D. C. Motion to dispense with printing portions of appendix granted. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion and petition.

No. 71–1403. FORBES LEASING & FINANCE CORP. v. LEBOWITZ, *ante,* p. 843;

No. 71–1408. AERO MAYFLOWER TRANSIT CO., INC., ET AL. v. UNITED STATES ET AL., *ante,* p. 905;

No. 71–1419. HUTTER ET UX. v. KORZEN, *ante,* p. 905;

No. 71–1519. BROWN ET AL. v. SCOTT, *ante,* p. 846;

No. 71–1547. C & H TRANSPORTATION CO., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION; and

No. 72–149. UNITED STATES v. INTERSTATE COMMERCE COMMISSION (INTERNATIONAL TRANSPORT, INC., CASE), *ante,* p. 904. Petitions for rehearing denied.